IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles W. Waltemath,<br>on his own behalf<br>and others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>Beaver Creek Machine and Tool, Inc.,<br>a South Carolina Corporation;<br>and A.J. Chukusky, individually<br><br>      Defendants. | C/A No. 3:13-cv-01827-JFA<br><br><br><br><br><br>**ORDER** |

This matter comes before the court on a motion to set aside entry of default filed by the defendants, A.J. Chukusky and Beaver Creek Machine and Tool, Inc., ("Defendants"). ECF No. 18. For good cause shown, this court hereby grants the motion. Accordingly, the Clerk is directed to strike the entry of default as to Defendants. ECF No. 14. Defendants are directed to file an answer and any affirmative defenses or counterclaims that they wish to assert by December 5, 2013.

      IT IS SO ORDERED.

November 13, 2013                                           Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge